# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ESAUL CARDENAS, | ) | 3:05-CV-462-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 17, 2006 |
| | ) | |
| ANTON W. HERTZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On December 20, 2005, Defendants filed a Motion to Dismiss (Doc. #8). On the same day, the court issued an order instructing Plaintiff to serve Defendants with the Amended Complaint and file proof of service within thirty days (Doc. #9). Additionally, the court ordered Defendants not to answer Plaintiff's Amended Complaint until it has been screened (Doc. #9).

Therefore, Defendants' Motion to Dismiss (Doc. #8) is **DENIED** without prejudice based on the court's order of December 20, 2005 (Doc. #9). Defendants may resubmit their dispositive motion if need be once the Amended Complaint has been screened by the court.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
     Deputy Clerk