# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ESAUL CARDENAS, | 3:05-CV-462-RLH (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 25, 2006 |
| ANTON W. HERTZ, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Leave to File *In Camera* Submission of Investigator Robert Fonoimoana's Confidential Reports and Materials in Support of: Defendants' Motion for Summary Judgment (Doc. #32).

Defendants' Motion for Leave to File *In Camera* Submission of Investigator Robert Fonoimoana's Confidential Reports and Materials in Support of: Defendants' Motion for Summary Judgment (Doc. #32) is **GRANTED**.

  IT IS SO ORDERED.

                                                    LANCE S. WILSON, CLERK

                                                    By:     /s/
                                                          Deputy Clerk

Case 3:05-cv-00462-RLH-RAM   Document 35   Filed 09/25/06   Page 2 of 2